

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00189-CV

SOUTHWEST FENTER, INC. D/B/A                                        APPELLANT
LAMBERT'S ORNAMENTAL IRON
WORK

V.

FLORENTIONO BARAJAS                                                 APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

The stay of the trial court proceedings in cause number 2012-008340-1,

styled *Florentino Barajas v. Southwest Fenter, Inc. dba Lambert's Ornamental*

---

[1]*See* Tex. R. App. P. 47.4.

*Iron Work*, pending in the County Court at Law No. 1 of Tarrant County, Texas, is hereby lifted.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, GARDNER, and GABRIEL, JJ.

DELIVERED:  November 7, 2013